# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 2, 2015

## NO. 03-14-00029-CV

**Oscar Melendez and Connie Melendez, Appellants**

**v.**

**Citimortgage, Inc.; Ernestine Williams; and Wendy Alexander, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on October 17, 2014. The Court's opinion and judgment dated June 25, 2015 are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.